UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:12-cv-01848-AWI-SKO |
| Plaintiff, ) | **ORDER VACATING ENTRY OF DEFAULT** |
| vs. ) | |
| MICHAEL JOE ESTRADA, individually and ) d/b/a THE ORANGE BAR, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING**, it is hereby ordered that the parties' stipulation to set aside entry of default is hereby granted. Defendant Michael Joe Estrada, individually and d/b/a The Orange Bar is ordered to file his answer to plaintiff J & J Sports Productions, Inc.'s complaint no later than May 6, 2013.

IT IS SO ORDERED.

Dated: **April 30, 2013**               /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

*Order Setting Aside Default*                                                                 1