UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL JOE ESTRADA, individually and ) <br> d/b/a THE ORANGE BAR, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:12-cv-01848-AWI-SKO <br><br> **ORDER VACATING ENTRY OF DEFAULT** |

**GOOD CAUSE APPEARING**, it is hereby ordered that the parties' stipulation to set aside entry of default is hereby granted. Defendant Michael Joe Estrada, individually and d/b/a The Orange Bar is ordered to file his answer to plaintiff J & J Sports Productions, Inc.'s complaint no later than May 6, 2013.

IT IS SO ORDERED.

Dated:  **April 30, 2013**              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE